

RECEIVED
SEP 26 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

DOCKETED
SEP 26 2003

VICKY VALENTINE

        Plaintiff,

V.

P.O. SEAN QUARTERMAN
P.O. TATE
P.O. SANDERS
        Defendant(s)

03C 6819

Case NO_____

JUDGE ASHEN

MAGISTRATE JUDGE DENLOW

C O M P L A I N T

### JURISDICTION

1. This court Has both personal and subject -Matter Jurisdiction pursuant to 28 U.S.C.A. 1343, and 28 U.S.C.A. & 2201 and 42 U.S.C.A. & 1983 and article III SECTION II OF THE UNITED STATES CONSTITUTION. The plaintiff seeks redress for violation of U.S.C.A. FOURTH,NINTH,THIRTEENTH,FOURTEENTH AMENDMENTS. JURSIDICTION IS INVOKED FOR MONETARY DAMAGES,REDRESS AND PETITION THE GOVERNMENT UNDER THE FIRST AMENDMENT.

### Plaintiff-PARTY

1. The Plaintiff Party Vicky Valentine domicled at 1518 WEST 77th Street Chicago,IL1 60620.

### DEFENDANT(S)-PARTY

2. The defendant(s) Party Chicago Police Officer from the third district 7040 SOUTH COTTAGE GROVE : SEAN QUARTERMAN  :P.O. TATE AND P.O. SANDERS IN THEIR OFFICAL CAPACITIES.

1

## STATEMENT OF CLAIM

3. This cause was prior subsequently dismissed without prejudice for the Plaintiff failure to pay the filing fees SEAN QUARTERMAN ETC.AL VICKY VALENTINE V SEAN QUARTERMAN,TATE,SANDERS CASE NO 02 C 9089 Before the Honorable Rebecca R. PALLMEYER DECEMBER 23,2002 and January 31,2003.

4. The defendant(s) Quarterman,Tate,Sanders On July 26,2000 searched the Plaintiff apartment Located at 6815 SOUTH CORNELL STREET,CHICAGO,ILL 60620 on a <u>Warrantless search and seizures in violation of The Fourth amendment</u> for unlawful searches and seizures, and government intrusion.

5. The defendant(s) Jointly in their offical capacities acting upon belief and information of (INFORMANT) **DALE JOHNSON (AKA) DALE JACKSON CAME TO THE PLAINTIFF APARTMENT LOCATED 6815 SOUTH CORNELL STREET CHICAGO,ILL 60620 on July 26,2000 8 pm.**

6. **The** Intentional acts of these defendants did knowingly in their full official capacities came to the Plaintiff apartment looking for left over items(proceeds) from a (Robbery-Vehijacking.In which the (informant Dale Johnson(aka)Dale Jackson stayed over a few nights with the Plaintiff Newphew (Azar) while the Plaintiff was on short out of town trip to Minnesota July ___ 2000 thru July ____ 2000.

7. The Informant Dale Jackson left stolen credit cards items from the infamous crime(Vehiclar Hijacking-Robbery) items of the Victim Ms.Jasmine Darden taken allegedly July 24,2000. which the Plaintiff knew nothing about because the plaintiff left her(Teenager Newphew) (Azar in charge of the house.

8. The Plaintiff and her Husband Jerry L. Tylon were then placed in handcuffs and taken to the (3rd District)Chicago Police department 7040 SOUTH COTTAGEGROVE STREET CHICAGO,ILL 60609 and processed.

9. The Plaintiff repeats and reaaleges and fully incorporates paragraphs 1-8 as fully set forth herein.

10. The defendants Quarterman.Tate,Sanders became verbally ,abusive and very disrespectfully towards the Plaintiff Valentine when the Plaintiff requested for search warrant following the defendant_____into the kitchen because the Plaintiff has that basic rights to protect her property from any one whom enters her apartment even police officers whom are not following state law statutes,725 ILCS & 5-108-3 and violating the Plaintiff rights Under The fourth,ninth,fourteenth amendments.

2

11. The defendants Jointly once at the third district police station 7040 SOUTH COTTAGEGROVE CHICAGO,ILL 60637 Did place the plaintiff to the (interrogation room) and held her incommunication and handcuffing her to the wall and ordering her to sign a consent to search form and start name calling the plaintiff(Black Bitches) to attempt to justify the illegal acts,and omissions which violates the Plaintiff fourth,Ninth amendments and cruel and unusual punishment against the eigth amendment.

12. The defendants subsequently asked plaintiff to sign a consent to search warrant to search the plaintiff apartment after the plaintiff being held at the police station for Two hours.with out her asthmas pump and other doctor prescribed medication;.

This practice outside the practice of Peonage,and involuntary servitude practice of the Thirteenth amendment holding Plaintiff incognito.

13. The defendant(s) keeping the plaintiff in the interrogation room and leaving in and out for two-four hours threatening the plaintiff to sign the consent to search form was a denial of due process and equal protection of the plaintiff constitutional rights fourth,fourteenth amendments.

14. The defendants deprived the plaintiff of her purse that held her prescribed medications,eyeglassess asthmsa pump,was cruel and unuaual punishment against the eigth amendment,Plaintiff did not agree to leave her apartment voluntary was against her own free will. and constitutional rights under the fourteenth amendments.

15 The acts and omissions were done intentionally with malice unlawfully from the illegal arrest To take the plaintiff to the Police Station at 7040 SOUTH COTTAGEGROVE STREET,CHICAGO,ILL 60637 violates the plaintiff constitutional rights.

16. The defendants failure to produce a Warrant during the search and seizure and intrusion of the plaintiff apartment 6815 SOUTH CORNELL STREET CHICAGO,.ILL 60600 knowingly,intentionally,willfully without search warrant violated plaintiff rights Fourth,ninth,fourteenth amendments.

17. The defendants deprived the plaintiff of useages of the Telephone while being held incognito at the Police station 7040 SOUTH COTTAGEGROVE STREET CHICAGO,ILL 60637 July 26,2000 violated plaintiff Thirteenth and fourteenth amendment.

3

18. The defendant(s) QUARTERMAN,TATE,AND SANDERS ACTS WERE DONE AT THEIR WILL,TO HANDCUFF THE PLAINTIFF AT HER HOME 6815 SOUTH CORNELL THEN TAKE HER TO POLICE STATION WITHOUT A WARRANT AND HOLD FOR SEVERAL HOURS AND NOT OFFICIALLY CHARGE HER WITH ANY CRIME.

A. POSSESSION OF RECENT STOLEN PROPERTY.

B. VEHICULAR HIJACKING

C. ROBBERY.

19. The Plaintiff pursuant to 42 U.S,.C.A. & 1983 congress did not specify by any **FEDERAL STATUTE A TIME FRAME TO FILE SUCH A (KLU KLEX KLAN LAW SUIT) wihin a** certain amount of time to recover damages and redress for injuries the plaintiff seeks and redress. for various constitutional violations of these defendant(s).

20. The complaint will be subjected to(amendment) once counsel is appointed and The defendants now have a precise statement understanding to plead and admit or deny the complaint.

21. The plaintiff repeats and incorporates paragraphs 1-9 and 10 thru 20 as fully set forth herein complaint.

4

Where as the plaintiff Damages are more than the minimum amount necessary for this court to sustaint jurisdiction.

Plaintiff demands One Millinion dollars in compensatory damages
Plaintiff demands one Million in punative damages
Plaintiff demands One Million in (INDEMIFICATION) seperately from each defendant(s)
Plaintiff seeks any an other relief deemed appropriate just fair and proper from this court.
Plaintiff seeks interim fees; and attorney fees that the court costs,fees be included all acts and omission were committed intentionally ,willfully with malice,acts of each defendants will violating the plaintiff inalienable human rights and constitutional rights plaintiff entitled to redress.

DATED  September 26  2003

Respectfully Submitted
/s/Vicky Valentine
1518 WEST 77th Street
Chicago,ILL 60630

5